Town of Irondequoit, Monroe County, New York.*— Order of certiorari sustained, determination of town board annulled, and matter remitted to the town board with directions to audit the petitioner's claim by allowing the same in full, without costs of the proceeding to any party. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

NAOMI M. NEUBECK, Respondent, v. SUPREME COUNCIL OF THE ROYAL ARCANUM, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

STANLEY HATCH, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ALBERT L. MOULTON, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

AMERICAN FRUIT GROWERS ASSOCIATION, INC., Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

KELLY-SPRINGFIELD TIRE COMPANY, Respondent, v. PAUL ZEE, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOSEPHINE OLIVER, as Administratrix, etc., of LORAN W. OLIVER, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

FLORENT COENY, as Administrator, etc., of LOUIS COENY, Deceased, Appellant, v. NEWARK CREAMERY COMPANY, Respondent.— Judgment and order modified by striking out the provision in each dismissing the complaint, and a new trial is granted, with costs to the appellant to abide the event, on the ground that the trial court was justified, in the exercise of its discretion, in setting aside the verdict of the jury as against the weight of the evidence; but we are of the opinion that he was not justified in dismissing the complaint, as a question of fact was presented for the determination of the jury. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VALENTINE WOLAK, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

G. ABERDIEN YOUNG, Respondent, v. WILLIAM MacLENNON and MAY MAC-LENNON, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ETTA E. CRANTS, Respondent, v. CHARLES CORYELL, Appellant.— Judgment modified by striking out the award of $150 damages in favor of the plaintiff and the costs, and as so modified the judgment is affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

DAVID KAPLAN, Appellant, v. CHARLES C. PERHAMUS and MARY E. PERHAMUS, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

* Appeal dismissed, 249 N. Y. 601.